UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 21-00406-JLS (ADSx):   Date: June 15, 2021
Title:  In-N-Out Burgers v. Zurich American Insurance Company

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) (1) ORDER CONTINUING SCHEDULING CONFERENCE AND (2) ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED.**

On the Court's own motion, the Scheduling Conference set for hearing June 18, 2021, is CONTINUED to **July 23, 2021 at 10:30 a.m.**

Further, Plaintiff has already sued Zurich in this Court for insurance coverage based on alleged COVID-related losses (Case No. 8:20-cv-01000-JLS-ADS).  A plaintiff generally has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. California Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (overruled on other grounds) (internal quotation marks and citation omitted); *Pollok v. Vanguard Mktg. Corp.*, No. CV 18-1099-JLS (JCG), 2018 WL 6118602, at *2 (C.D. Cal. May 29, 2018) (Staton, J.), *aff'd sub nom. Pollok v. Vanguard Fiduciary Tr. Co.*, 803 F. App'x 67 (9th Cir. 2020) (dismissing second action with prejudice because it was "precluded by the doctrine against claim splitting").  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed.  Plaintiff's response is due no later than July 2, 2021.  Defendant's reply, if any, shall be filed no later than July 9, 2021.  The matter will be deemed under submission as of the later of Defendant's reply or July 9, 2021.

Initials of Deputy Clerk:  mku